| | |
|---|---|
| HEATHER E. WILLIAMS, #122664<br>Federal Defender<br>LINDA ALLISON, #179741<br>Assistant Federal Defender<br>KEVIN G. MIGHETTO<br>Certified Student Attorney<br>Designated Counsel for Service<br>801 "I" Street, 3rd Floor<br>Sacramento, CA 95814<br><br>Attorney for Defendant<br>CHARLES DOLLAR | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>CHARLES DOLLAR,<br><br>               Defendant. | CASE NO. 2:18-PO-00299-CKD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: November 13, 2018<br>TIME: 9:00 a.m.<br>COURT: Hon: Carolyn K. Delaney |

**STIPULATION**

Defendant CHARLES DOLLAR, by and through his counsel of record, Assistant Federal Defender LINDA ALLISON, and plaintiff United States of America, by and through its counsel of record, Special Assistant United States Attorney ERIC J. CHANG, hereby stipulate as follows:

1. By previous order, the Court scheduled a status conference on November 13, 2018, at 9:00 a.m. By this stipulation, the parties now jointly move to continue the status conference to January 9,

///

///

///

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
STATUS CONFERENCE

1

/ / /

2019, at 10:00 a.m. This will allow the parties additional time to review discovery and prepare.

IT IS SO STIPULATED.

Dated: October 16, 2018                 HEATHER E. WILLIAMS
                                                            Federal Defender

                                                            /s/ *Linda Allison*
                                                            LINDA ALLISON
                                                            Assistant Federal Defender
                                                            Attorney for Defendant
                                                            CHARLES DOLLAR

Dated: October 16, 2018                 /s/ *Linda Allison for*
                                                            ERIC J. CHANG
                                                            Special Assistant U.S. Attorney
                                                            Attorney for Plaintiff

                                                            By agreement via email

## FINDINGS AND ORDER

    IT IS SO ORDERED, that the status conference currently scheduled for November 13, 2018 at 9:00 a.m. is continued to January 9, 2019 at 10:00 a.m.

Dated: October 17, 2018

                                                            CAROLYN K. DELANEY
                                                            UNITED STATES MAGISTRATE JUDGE