HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Assistant Federal Defender
KEVIN G. MIGHETTO
Certified Student Attorney
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
CHARLES DOLLAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>CHARLES DOLLAR,<br><br>                  Defendant. | CASE NO. 2:18-PO-00299-CKD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: January 9, 2019<br>TIME: 10:00 a.m.<br>COURT: Hon: Carolyn K. Delaney |

**STIPULATION**

Defendant CHARLES DOLLAR, by and through his counsel of record, Assistant Federal Defender LINDA ALLISON, and plaintiff United States of America, by and through its counsel of record, Special Assistant United States Attorney ERIC J. CHANG, hereby stipulate as follows:

      1.      By previous order, the Court scheduled a status conference on January 9, 2019, at 10:00 a.m. By this stipulation, the parties now jointly move to continue the status conference to January 22,

/ / /

/ / /

/ / /

/ / /

2019, at 9:30 a.m. This will allow the parties additional time to review discovery, prepare, and conclude investigation.

IT IS SO STIPULATED.

Dated: January 8, 2019                                      HEATHER E. WILLIAMS
                                                               Federal Defender

                                                               /s/ *Linda Allison*
                                                               LINDA ALLISON
                                                               Assistant Federal Defender
                                                               Attorney for Defendant
                                                               CHARLES DOLLAR

Dated: January 8, 2019                                      /s/ *Linda Allison for*
                                                               ERIC J. CHANG
                                                               Special Assistant U.S. Attorney
                                                               Attorney for Plaintiff

                                                               By agreement via email

## FINDINGS AND ORDER

IT IS SO ORDERED, that the status conference currently scheduled for January 9, 2019 at 10:00 a.m. is continued to January 22, 2019 at 9:30 a.m.

SO ORDERED

Dated: January 8, 2019

                                                           CAROLYN K. DELANEY
                                                           UNITED STATES MAGISTRATE JUDGE