IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES LEE DOLLAR,<br><br>　　　　　　　　Defendant. | CASE NO. 2:18-PO-299-CKD<br><br>**ORDER TO DISMISS CRIMINAL INFORMATION** |

　　　On May 17, 2019, the United States filed a Motion to Dismiss its criminal information against defendant Charles Lee Dollar. For the reasons set forth in the motion, IT IS HEREBY ORDERED that the criminal information in Case No. 2:18-PO-299-CKD is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a), without prejudice.

　　　IT IS FURTHER ORDERED that the Clerk of the Court close this case.

Dated: May 20, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE